[No. 2834.    Sept. 9, 1924].

## JENNINGS v. H. LUTZ & SON.

### SYLLABUS BY THE COURT

1. Findings of the court below, when sustained by substantial evidence, will not be disturbed.

Appeal from District Court, Lincoln County; Ed Mechem, Judge.

Action by Mrs. Sophia Jennings against H. Lutz & Son. From a judgment for defendants, plaintiff appeals. Affirmed.

G. W. Prichard, of Santa Fe, for appellant.

Geo. B. Barber, of Carrizozo, for appellee.

PARKER, C. J. The parties disagreed as to whether appellant was employed as housekeeper for a definite

term, or was employed from month to month. The case was tried by the court, and he found the issues for appellees. The evidence was conflicting, but the court's finding is supported by substantial evidence. Under such circumstances, the finding will not be disturbed.

It follows that the judgment of the court below is correct and should be affirmed, and it is so ordered.

BRATTON and BOTTS, JJ., concur.